AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fitzgerald, Michael W. | United States District Court Central District of California | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge; Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
312 North Spring Street, Room 1653
Los Angeles, California 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Bar Association, Los Angeles Chapter |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Self-Employed Lawyer (01/01/2012 through 3/15/2012) | $109,313.20 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Corbin, Athey & Martinez LLP | Judicial Robe | $578.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America -- Cash Accounts | A | Interest | J | T | | | | | |
| 2. Brokerage Account # 1 (Pension) (H) | | | | | | | | | |
| 3. Aberdeen Emerging (ABEMX) | A | Dividend | K | T | Buy (add'l) | 03/20/12 | J | | |
| 4. | | | | | Sold (part) | 06/11/12 | J | | |
| 5. | | | | | Sold (part) | 06/22/12 | K | A | |
| 6. Allianz AGIC Oppty (POFIX) (Y) | | | | | | | | | |
| 7. Artisan Intl Fund (ARTIX) | A | Dividend | L | T | Buy (add'l) | 03/20/12 | J | | |
| 8. Aston River Road (ARVIX) (X) | C | Dividend | L | T | Buy (add'l) | 03/20/12 | J | | |
| 9. | | | | | Buy (add'l) | 06/25/12 | K | | |
| 10. Blackrock Eqty. Div. (MADVX) | B | Dividend | L | T | Buy (add'l) | 07/26/12 | J | | |
| 11. Cambiar Aggr Value (CAMAX) (X) | | None | | | Buy | 04/25/12 | L | | |
| 12. | | | | | Sold | 07/25/12 | K | | |
| 13. Dodge & Cox Intl Stock (DODVX) | B | Dividend | L | T | Buy (add'l) | 03/20/12 | J | | |
| 14. Fidelity Contrafund (FCNTX) | B | Dividend | L | T | Buy (add'l) | 03/20/12 | J | | |
| 15. | | | | | Buy (add'l) | 07/26/12 | J | | |
| 16. FMI Large Cap Fund (FMIHX) (X) | C | Dividend | M | T | Buy (add'l) | 06/12/12 | J | | |
| 17. | | | | | Buy (add'l) | 07/26/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ICM Small Cap Co. (ICSCX) (Y) | | | | | | | | | |
| 19. ING Midcap Oppty Fd I (NMCIX) (X) | A | Dividend | K | T | Buy (add'l) | 11/21/12 | K | | |
| 20. JPMorgan Mid Cap Val (FLMVX) | A | Dividend | K | T | | | | | |
| 21. JPMorgan Strategic (JSOSX) (Y) | | | | | | | | | |
| 22. Loomis Sayles Sm Cap (LSSIX) (X) | | None | K | T | | | | | |
| 23. Mainstay Marketfield Fund (MFJ1Z) aka Marketfield Fund MFLDX | A | Dividend | L | T | Buy (add'l) | 03/20/12 | J | | |
| 24. | | | | | Buy (add'l) | 06/25/12 | K | | |
| 25. Morgan Stanley Mid (MPEGX) | | None | | | Sold | 11/20/12 | K | C | |
| 26. Nuveen Tradewinds (NWGRX) (X) | | None | | | Buy (add'l) | 03/20/12 | J | | |
| 27. | | | | | Sold | 04/24/12 | L | | |
| 28. Oakmark Intl Sm Cap (OAKEX) | A | Dividend | K | T | Buy (add'l) | 03/20/12 | J | | |
| 29. Permanent Portfolio (PRPFX) | | None | | | Buy (add'l) | 03/20/12 | J | | |
| 30. | | | | | Sold | 06/22/12 | K | D | |
| 31. Rivernorth Core (RNCOX) | C | Dividend | L | T | Buy (add'l) | 03/20/12 | J | | |
| 32. RS Emrg. Mkts Fund (RSENX) (Y) | | | | | | | | | |
| 33. Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 34. Selected Amer. Shares (SLASX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Touchstone Sm Cap (TSFYX) (X) | A | Dividend | K | T | | | | | |
| 36. UBS AB Jersey 2040 (MLPI) | B | Dividend | K | T | | | | | |
| 37. Wasatch Emrg Mkt Sm (WAEMX) (X) | A | Dividend | K | T | Buy | 06/25/12 | K | | |
| 38. | | | | | | | | | |
| 39. Brokerage Account # 2 _____ (H) | | | | | | | | | |
| 40. Aberdeen Emerging (ABEMX) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 41. | | | | | Sold (part) | 06/11/12 | J | | |
| 42. | | | | | Sold (part) | 06/22/12 | J | | |
| 43. | | | | | Sold (part) | 08/30/12 | J | A | |
| 44. Allianz AGIC Oppty (POFIX) (Y) | | | | | | | | | |
| 45. Artisan Intl Fund (ARTIX) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 46. | | | | | Sold (part) | 05/24/12 | J | | |
| 47. | | | | | Sold (part) | 08/30/12 | J | A | |
| 48. Aston River Road (ARVIX) (X) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 49. | | | | | Sold (part) | 05/24/12 | J | | |
| 50. Blackrock Eqty. Div. (MADVX) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 51. | | | | | Sold (part) | 05/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 53. | | | | | Sold (part) | 08/30/12 | J | A | |
| 54. | | | | | Sold (part) | 10/09/12 | J | A | |
| 55. Cambiar Aggr Value (CAMAX) (X) | | None | | | Buy | 03/27/12 | J | | |
| 56. | | | | | Sold | 06/27/12 | J | | |
| 57. Center Coast MLP (CCCNX) (X) | A | Dividend | J | T | Sold (part) | 08/30/12 | J | A | |
| 58. Dodge & Cox Intl Stock (DODVX) | A | Dividend | J | T | Sold (part) | 05/24/12 | J | | |
| 59. Fidelity Contrafund (FCNTX | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 60. | | | | | Sold (part) | 05/24/12 | J | A | |
| 61. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 62. | | | | | Sold (part) | 08/30/12 | J | B | |
| 63. FMI Large Cap Fund (FMIHX) (X) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 64. | | | | | Sold (part) | 05/24/12 | J | | |
| 65. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 66. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 67. | | | | | Sold (part) | 08/30/12 | J | A | |
| 68. | | | | | Sold (part) | 10/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ICM Small Cap Co. (ICSCX) (Y) | | | | | | | | | |
| 70. ING Midcap Oppty Fd I (NMCIX) (X) | | None | J | T | Buy | 12/17/12 | J | | |
| 71. JPMorgan Mid Cap Val (FLMVX) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 72. | | | | | Sold (part) | 05/24/12 | J | A | |
| 73. JPMorgan Strategic (JSOSX) (Y) | | | | | | | | | |
| 74. Loomis Sayles Sm Cap (LSSIX) (X) | | None | J | T | Sold (part) | 04/11/12 | J | A | |
| 75. | | Distribution | | | Sold (part) | 05/24/12 | J | A | |
| 76. Mainstay Marketfield Fund (MFJ1Z) aka Marketfield Fund MFLDX | A | Dividend | J | T | Buy (add'l) | 06/15/12 | J | | |
| 77. | | | | | Sold (part) | 08/30/12 | J | A | |
| 78. | | | | | Sold (part) | 10/09/12 | J | A | |
| 79. Merger Fund (MERFX) (Y) | | | | | | | | | |
| 80. Morgan Stanley Mid (MPEGX) | | None | | | Sold (part) | 08/30/12 | J | A | |
| 81. | | | | | Sold | 12/14/12 | J | A | |
| 82. Oakmark Intl Sm Cap (OAKEX | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 83. | | | | | Sold (part) | 05/24/12 | J | | |
| 84. | | | | | Sold (part) | 08/30/12 | J | | |
| 85. Permanent Portfolio (PRPFX) | | None | | | Sold (part) | 04/11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/24/12 | J | A | |
| 87. | | | | | Sold | 06/14/12 | J | A | |
| 88. Rivernorth Core (RNCOX) | A | Dividend | J | T | Buy (add'l) | 02/02/12 | J | | |
| 89. | | | | | Sold (part) | 05/29/12 | J | | |
| 90. | | | | | Sold (part) | 08/30/12 | J | A | |
| 91. RS Emrg. Mkts Fund (RSENX) (Y) | | | | | | | | | |
| 92. Schwab Amt TF MMF (SWFXX) | A | Dividend | K | T | | | | | |
| 93. Selected Amer. Shares (SLASX) (Y) | | | | | | | | | |
| 94. Steelpath MLP Alpha (MLPOX) (Y) | | | | | | | | | |
| 95. Touchstone Sm Cap (TSFYX) (X) | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 96. | | | | | Sold (part) | 10/09/12 | J | A | |
| 97. Wasatch Emrg Mkt Sm (WAEMX) (X) | A | Dividend | J | T | Buy | 06/25/12 | J | | |
| 98. | | | | | Sold (part) | 10/09/12 | J | A | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzgerald, Michael W. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael W. Fitzgerald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544